United States Courts
Southern District of Texas
FILED

*June 10, 2025*

Nathan Ochsner, Clerk of Court

107

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.  M-25-1278** |
| | § | |
| | § | |
| **LUIS ANGEL BORJA-PEREZ** | § | |
| **ABRAHAM GUADALUPE RUIZ-** | § | |
| **MARTINEZ** | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about May 20, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LUIS ANGEL BORJA-PEREZ**
**and**
**ABRAHAM GUADALUPE RUIZ-MARTINEZ**

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is, from a location near Pharr, Texas, to another location near Pharr,Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and 1324(a)(1)(B)(i).

### Count Two

On or about May 20, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**LUIS ANGEL BORJA-PEREZ**
**and**
**ABRAHAM GUADALUPE RUIZ-MARTINEZ**

did knowingly and unlawfully aid and abet an alien, knowing and in reckless disregard of the fact that Irene Berenice Horta-Martinez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near Pharr, Texas, to another location near Pharr, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(A)(v)(II).

### Count Three

On or about May 20, 2025, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**LUIS ANGEL BORJA-PEREZ**

did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with E.G., a person designated in Title 18 United States Code Section 1114, to wit: a Border Patrol Agent with United States Customs and Border Protection, while said Officer was engaged in or account of the performance of his official duties, and said offense involved physical contact with E.G.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY